IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA



| | |
|---|---|
| Vinnie Norman,<br>Plaintiff, | CASE NO.: CV -06- 1341 |
| v. | |
| Family Dollar Stores,<br>Defendant. | |

## COMPLAINT

COMES NOW the Plaintiff, Vinnie Norman, by and through her Attorney Christopher B. Pitts of Christopher B. Pitts, P.C. in the above-styled cause and makes the following complaint for personal injuries:

### Statement of the Parties

1. Plaintiff, Vinnie Norman, is over the age of 19 years. Plaintiff is a citizen of the State of Alabama and resides in Montgomery County, Alabama.

2. Defendant, Family Dollar Stores (hereinafter "Defendant"), is a domestic corporation and owns and operates various stores in the State of Alabama.

3. Defendant owns and operates a Family Dollar Store located at 4752 Mobile Highway in Montgomery, Alabama.

4. On or about May 13, 2004, Defendant was conducting business in Montgomery, Alabama and is therefore subject to the jurisdiction of this court.

## Statement of the Facts

5. Plaintiff was a regular customer at the Family Dollar Store located at 4752 Mobile Highway in Montgomery, Alabama. On or around May 13, 2004, Plaintiff entered Defendant's store as a business invitee.

6. On or around the date in question, Plaintiff walked down an aisle in the store and was struck in the head and back by a box.

7. Subsequent to this incident, Plaintiff experienced numerous physical and/or health problems, such as blurred vision, seizures, increased blood pressure, a change in diabetic condition, a change in walking pattern, headaches, and pain in neck and shoulder area. In addition to the abovementioned physical and/or health problems, Plaintiff has suffered mental anguish as well as pain and suffering.

8. Furthermore, Plaintiff had to seek medical treatment and has incurred medical expenses as a result of said incident.

## Count One : Negligence and Wantonness

9. Plaintiff re-alleges paragraphs 1 through 8 of the Complaint.

10. Defendant owed a duty of care to business invitees to maintain safe, non-hazardous premises and to make reasonable inspections of its premises.

11. Defendant owed a duty of care to Plaintiff, a business invitee.

12. Defendant breached its duty of care by failing to maintain safe, non-hazardous premises and by failing to conduct reasonable inspections of said premises to discover and reveal the same, thereby resulting in Plaintiff's injuries.

13. Plaintiff's injuries were foreseeable or should have been foreseeable to Defendant due to such a dangerous condition existing on Defendant's premises.

14. Defendant knew or should have known that the lack of inspection of premises or unsafe, hazardous conditions could cause serious bodily injury to Plaintiff.

15. Therefore, Defendant's negligent and wanton actions caused Plaintiff's injuries.

16. Plaintiff is entitled to recover compensatory and punitive damages for pain and suffering, mental anguish, and serious bodily injury arising from Defendant's negligence and wantonness.

17. The aforementioned facts establish Plaintiff's claim for negligence and wantonness against Defendant.

### Relief Requested

Plaintiff requests relief from Count One by judgment against Defendant for compensatory and punitive damages.

Respectfully Submitted,

_____
Christopher B. Pitts (PIT031)
**Attorney for Plaintiff**

OF COUNSEL:
Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106
(334) 356-9995

### JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

_____
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93  Rev. 5/99 | **COVER SHEET**<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number: CV-06-1341<br>Date of Filing: Month / Day / Year<br>Judge Code: J-H |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **Montgomery**, ALABAMA
(Name of County)

**Vinnie Norman** (Plaintiff) v. **Family Dollar Stores** (Defendant)

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellanous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES  ☐ NO
Note: Checking "Yes" **does not** constitute a demand for a jury trial. (See **Rules 38 and 39, Ala.R.Civ.P,** for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** PIT031    Date: May 12, 2006    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☐ UNDECIDED

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| Vinnie Norman,<br><br>Plaintiff,<br><br>vs.<br><br>Family Dollar Stores,<br><br>Defendant. | * * * * * * * * * * * * * * | CASE NO. CV -06-1341 |

## SUMMONS

This service by County Sheriff of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    <u>Family Dollar Stores, 4752 Mobile Highway, Montgomery, Alabama, 36108</u>

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Christopher B. Pitts
4142 Carmichael Road, Suite A
Montgomery, AL 36106

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
Circuit Clerk

DATED: 05/22/06