IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. CV 2:06cv553 |
| | ) |
| FAMILY DOLLAR STORES, | ) |
| | ) |
| Defendant. | ) |

**STATEMENT IN COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1**

**COMES NOW** Defendant Family Dollar Stores, Inc. by and through its undersigned counsel, and hereby states that it is incorporated in the State of Delaware, with its principal place of business in North Carolina, and is a publicly traded entity.

Respectfully submitted,

/s/ W. Long
Mac B. Greaves (ASB-6830-A60M)
Stephen J. Bumgarner (ASB-2089-M66S)
William J. Long (ASB-2268-I44L)

Attorneys for Defendant
Family Dollar Stores, Inc.

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
sbumgarn@burr.com

1475710

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following by directing same to the office address through first-class, United States mail, postage prepaid, on this the 20th day of June 2006:

Christopher B. Pitts, Esq.
Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106

_____
OF COUNSEL