IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Vinnie Norman,<br>Plaintiff, | *<br>*<br>*   CASE NO.: CV 06-553-CSC<br>*<br>* |
| v. | *<br>*<br>*<br>* |
| Family Dollar Stores,<br>Defendant. | *<br>* |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

ON THIS DAY, Plaintiff, Vinnie Norman's Motion to Amend Complaint was considered by this Court. The Court, being fully advised, is of the opinion that the Motion to Amend Complaint should be granted. It is, therefore,

ORDERED that the Motion to Amend Complaint is granted. The defendant shall be served a copy of the complaint filed in this action and be afforded the opportunity to respond.

Done this _____ day of _____ 2006.

_____
United States District Court Judge