IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv553-CSC |
| ) | |
| FAMILY DOLLAR STORE, ) | |
| ) | |
| Defendant. ) | |

**SHOW CAUSE ORDER**

Upon consideration of the plaintiff's motion to amend and motion to remand (doc. # 5), it is

ORDERED that on or before August 31, 2006, the opposing party shall show cause why the motion should not be granted.

Done this the 17th day of August, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE