

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-553 |
| FAMILY DOLLAR STORES, | ) ) ) |
| Defendant. | ) |

## DECLARATION OF JEANETTE DILLARD

I, Jeanette Dillard, declare as follows, based on my own personal knowledge:

1. Vinnie Norman has sought to add me as an individual defendant in the above matter currently pending in the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-553.

2. I am currently employed by Family Dollar Stores, Inc. ("Family Dollar") at the store located on 810 W. South Blvd, Montgomery, Alabama. I have never been employed at the store located at 4752 Mobile Highway in Montgomery, Alabama. Specifically, I have never worked as a store manager at the Family Dollar store where Vinnie Norman's alleged accident occurred.

3. I am not the owner of any Family Dollar store, nor do I own any property on which any Family Dollar store in Montgomery, Alabama is located.

4. I do not recall meeting Vinnie Norman at any time and, to my knowledge, have never spoken with her.

1495739

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of August, 2006 in Montgomery, Alabama.

_____
Jeanette Dillard

1495739                                       2