IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06-cv-553 |
| ) | |
| FAMILY DOLLAR STORES, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT FAMILY DOLLAR STORES, INC.'S MOTION TO COMPEL PLAINTIFF VINNIE NORMAN DISCOVERY RESPONSES

**COMES NOW**, Defendant Family Dollar Stores, Inc. ("Defendant"), by and through its undersigned counsel, and for its Motion To Compel Plaintiff Vinnie Norman's ("Plaintiff") Discovery Responses, states as follows:

1. On or about January 5, 2007, Defendant proffered its first set of interrogatories and request for production to Plaintiff.

2. On or about February 16, 2007, Defendant sent a letter to Plaintiff's Counsel requesting that Plaintiff provide her overdue discovery responses by February 23, 2007. (*See* Defendant's February 16, 2007 correspondence, attached as Exhibit "A").

3. On or about February 28, 2007, Defendant's Counsel attempted to contact Plaintiff's Counsel via telephone to discuss Plaintiff's overdue discovery. To date, Plaintiff's Counsel has failed to return the phone message.

4. Defendant has attempted in good faith to obtain Plaintiff's discovery responses without the need for the Court's intervention.

5. To date, Plaintiff has failed to respond to Defendant's discovery requests.

1547948

    6.    In accordance with Federal Rule of Civil Procedure 37(a)(2)(B), Defendant requests that this Court order Plaintiff to provide her discovery responses.

**WHEREFORE**, Defendant Family Dollar Stores, Inc. respectfully requests that this Honorable Court compel Plaintiff Vinnie Norman to provide complete responses to Defendant's First Set of Interrogatories and Request for Production within ten 10) days.

Dated this 2nd day of March, 2007.

/s/ William J. Long
Mac B. Greaves (ASB-6830-A60M)
Stephen J. Bumgarner (ASB-2089-M66S)
William J. Long (ASB-2089-I44L)

Attorneys for Defendant
Family Dollar Stores, Inc.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher B. Pitts, Esq.
Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106

/s/ William J. Long
OF COUNSEL

1547948

2

# BURR & FORMAN LLP

ATTORNEYS AND COUNSELORS

3100 WACHOVIA TOWER
420 NORTH 20TH STREET
BIRMINGHAM, ALABAMA 35203

(205) 251-3000
(205) 458-5100 (FAX)
www.burr.com

William J. Long
Direct Dial: (205) 458-5445
Email: jlong@burr.com

EXHIBIT A

February 16, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

Christopher B. Pitts, Esq.
Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106

Re:  <u>Vinnie Norman v. Family Dollar Stores, Inc.</u>
     In the United States District Court for the Middle District of Alabama
     Civil Action No.: CV 2006-cv-553

Dear Mr. Pitts:

Family Dollar proffered its First Set of Interrogatories and Request for Production to Plaintiff on or about January 5, 2007. Accordingly, Plaintiff's discovery responses are now nine (9) days overdue. Please provide me with complete responses to Family Dollar's initial discovery by Friday, February 23, 2007 to prevent the need for Family Dollar to file a motion to compel.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

William J. Long

cc:  Stephen J. Bumgarner

ALABAMA  •  GEORGIA  •  MISSISSIPPI  •  TENNESSEE

1544682