IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv553-CSC |
| | ) |
| FAMILY DOLLAR STORE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 13), it is

ORDERED that on or before March 20, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 5th day of March, 2007.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE