IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR 12 A 10: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Vinnie Norman,
Plaintiff,

CIVIL ACTION NO. 2:06-cv-553

v.

Family Dollar Stores,
Defendant.

## ANSWER TO DEFENDANTS MOTION TO COMPEL AN ANSWER
## TO THE DEFENDANTS FIRST SET OF INTERROGATORIES

COMES NOW the Plaintiff, Vinnie Norman, by and through her Attorney Christopher B. Pitts of Christopher B. Pitts, P.C. in the above-styled cause and States the following to wit:

1. The Plaintiffs Attorney was involved in Automobile accident wherein he received multiple broken bones, ligament damage, and various other injuries.

2. The Plaintiffs Attorney has no record of receiving the first set of interrogatories from the Defendant.

3. The Plaintiffs Attorney has as of March 9, 2007 received an electronic copy of the Defendants requested Interrogatories.

4. The Plaintiff will forward via first class mail and electronic mail the Plaintiffs answers to the prayed for interrogatories within 30 days.

Respectfully Submitted,

_____
Christopher B. Pitts (PIT031)
Attorney for Plaintiff

OF COUNSEL:
Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106
(334) 356-9995

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their address via first class, United States Mail, Postage Prepaid, and via facsimile on this the 9th day of March 2007:

Burr & Forman, LLP
3100 South Trust Tower
420 North 20th Street
Birmingham, AL 35203
205-251-3000 Telephone
205-458-5100 Facsimile

_____
Of Counsel