IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv553-MEF |
| | ) |
| FAMILY DOLLAR STORE, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 13) and the plaintiff's response (doc. # 15), it is

ORDERED that the motion be and is hereby DENIED without prejudice.

Done this 29th day of March, 2007.

                                    /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE