IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VINNIE NORMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-553 |
| | ) |
| FAMILY DOLLAR STORES, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Vinnie Norman and Family Dollar Stores, Inc., the parties in the above-referenced matter, who hereby stipulate that this case and all claims asserted in this case (or which could have been asserted in this case) are dismissed with prejudice, with the parties to bear their own costs.

Respectfully submitted,

_____
Christopher B. Pitts
Attorney for Plaintiff,
Vinnie Norman

OF COUNSEL:

Christopher B. Pitts P.C.
4142 Carmichael Road, Suite A
Montgomery, AL 36106

1573402 v1

/s/ William J. Long
Mac B. Greaves (GRE007)
Stephen J. Bumgarner (BUM001)
William J. Long (LON044)

Attorneys for Defendant,
Family Dollar Stores, Inc

**OF COUNSEL:**
BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

1573402 v1                          2